TIMOTHY ROSCOE CARTER, SBN 195531
P.O. Box 420827
San Francisco, CA 94142-0827
(415)424-7969
trc_esq.@yahoo.com

Attorney for Plaintiff
CARRIE MUMPHREY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARRIE MUMPHREY,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Civil No. 07-02725 MJJ<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; PROPOSED ORDER |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Plaintiff shall have a 30-day extension of time up to and through Friday, January 18, 2008, in which to e-file her Motion for Summary Judgment. This extension is requested because counsel for Plaintiff needs additional time to review the case.

///

///

///

///

///

|   |   |
|---|---|
|   | SCOTT N. SCHOOLS<br>United States Attorney<br>LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX |
| Dated: 12/19/07 | /s/ *Shea Lita Bond*<br>*(As authorized via email on 12/19/07)*<br>SHEA LITA BOND<br>Special Assistant United States Attorney |
| Dated: 12/19/07 | /s/ *Timothy Roscoe Carter*<br>TIMOTHY ROSCOE CARTER<br>Attorney for Plaintiff |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

MARTIN J. JENKINS
United States District Court Judge