1  TIMOTHY ROSCOE CARTER, SBN 195531
   P.O. Box 420827
2  San Francisco, CA 94142-0827
   (415)424-7969
3  trc_esq.@yahoo.com

4  Attorney for Plaintiff
   CARRIE MUMPHREY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARRIE MUMPHREY, ) | Civil No. 07-02725 MJJ |
| ) | |
| Plaintiff, ) | STIPULATION FOR EXTENSION |
| ) | OF TIME TO FILE PLAINTIFF'S |
| v. ) | MOTION FOR SUMMARY |
| ) | JUDGMENT; PROPOSED ORDER |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Plaintiff shall have a 30-day extension of time up to and through Friday, January 18, 2008, in which to e-file her Motion for Summary Judgment. This extension is requested because counsel for Plaintiff needs additional time to review the case.

///

///

///

///

///

1
2
3
4  Dated:    12/19/07
5
6
7  Dated:    12/19/07
8
9  PURSUANT TO STIPULATION, IT IS SO ORDERED.
10
11
12  Dated:    _2/19/2007_
13
14

SCOTT N. SCHOOLS
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX

_/s/ Shea Lita Bond_
(As authorized via email on 12/19/07)
SHEA LITA BOND
Special Assistant United States Attorney

_/s/ Timothy Roscoe Carter_
TIMOTHY ROSCOE CARTER
Attorney for Plaintiff

MARTIN J. JENKINS
United States District Court Judge