1  TIMOTHY ROSCOE CARTER, SBN 195531
   P.O. Box 420827
2  San Francisco, CA 94142-0827
   (415)424-7969
3  trc_esq.@yahoo.com

4  Attorney for Plaintiff
   CARRIE MUMPHREY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARRIE MUMPHREY, | Civil No. 07-02725 VRW |
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT; PROPOSED ORDER |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, Defendant | |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Plaintiff shall have a 14-day extension of time up to and through Friday, March 14, 2008, in which to e-file her Reply to Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Jusgement. This extension is requested because counsel for Plaintiff needs additional time to review the case.

///

///

///

///

///

                                  SCOTT N. SCHOOLS
                                  United States Attorney
                                  LUCILLE GONZALES MEIS
                                  Regional Chief Counsel, Region IX

Dated:    2/29/08                   */s/ Shea Lita Bond*
                                  *(As authorized via email on 2/29/08)*
                                  SHEA LITA BOND
                                  Special Assistant United States Attorney

Dated:    2/29/08                   */s/ Timothy Roscoe Carter*
                                  TIMOTHY ROSCOE CARTER
                                  Attorney for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  3/7/08                                        _/s/ Jeffrey S. White_
                                  VAUGHN R. WALKER
                                  United States District Court Judge