IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARRIE MUMPHREY,

      Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

No. C 07-2725   VRW

**JUDGMENT IN A CIVIL CASE**

    ( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that in accordance with the court's order granting defendant's motion for summary judgment filed June 4, 2008, judgment is entered in favor of defendant.

Dated: June 5, 2008

Richard W. Wieking, Clerk

By: *Cora Klein*

Deputy Clerk